In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00412-CV
_____


IN THE INTEREST OF S.K.S.


On Appeal from the 410th District Court
Montgomery County, Texas
Trial Cause No. 14-12-13753


## MEMORANDUM OPINION

Appellant S.K.S. filed a motion to dismiss this appeal. This motion is voluntarily made by S.K.S. prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on March 6, 2019
Opinion Delivered March 7, 2019

Before McKeithen, C.J., Kreger and Johnson, JJ.